Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**Joe Hand Promotions, Inc.**

** E-filed September 9, 2010 **

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | Case No. 5:10-cv-00209-LHK |
| **Plaintiff,** | **STIPULATION OF PLAINTIFF JOE HAND PROMOTIONS, INC. AND DEFENDANT TOTO WIBOWO LUKITO FOR THE VIDEO TELEPHONIC APPEARANCE OF PLAINTIFF'S AUTHORIZED REPRESENTATIVE; AND ORDER ~~(Proposed)~~** |
| **v.** | |
| **TOTO WIBOWO LUKITO, et al.** | |
| **Defendant.** | |
| | **DATE:  Monday, September 13, 2010** |
| | **TIME:   12:30 PM** |

TO THE HONORABLE ~~ELIZABETH D. LAPORTE~~ HOWARD R. LLOYD, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

By and through their counsel, Plaintiff Joe Hand Promotions, Inc., and Defendant Toto Wibowo Lukito, hereby agree, stipulate, and respectfully request that this Honorable Court permit the video telephonic appearance of Mr. Joseph P. Hand, Jr., President of Joe Hand Promotions, Inc. and Plaintiff's Authorized Representative at the mediation presently set for Monday, September 13, 2010 at 12:30 PM P.S.T. to be conducted by Court appointment mediator Suzanne Nusbaum at the Law Offices of Hopkins & Carley located at 70 South First Street, San Jose, CA 95113.

///

STIPULATION OF PLAINTIFF JOE HAND PROMOTIONS, INC. AND DEFENDANT
TOTO WIBOWO LUKITO FOR THE VIDEO TELEPHONIC APPEARANCE OF PLAINTIFF'S
AUTHORIZED REPRESENTATIVE; AND ORDER ~~(PROPOSED)~~
CASE NO. 5:10-cv-00209-LHK

1.      This request is necessitated by the fact that in this particular action, and all other commercial signal piracy matters before this Court (and the other U.S. District Courts), Plaintiff's authorized representative is Mr. Joseph P. Hand, Jr., President of Joe Hand Promotions, Inc., a Pennsylvania corporation with its principal and sole, physical location at 407 East Pennsylvania Boulevard in Feasterville (suburban Philadelphia) Pennsylvania.

2.      It is submitted that the *video telephonic* appearance of Mr. Hand is in the best interest of the Parties and the Court, as the instant matter is a fairly routine commercial signal piracy case much like hundreds of others that Mr. Hand and Plaintiff's counsel have prosecuted before this Court. Mr. Hand has participated in dozens of settlement conferences, mediations, inquests, and damages prove-up hearings and could do so readily by video telephone for the duration of the upcoming mediation.

3.      Plaintiff's counsel has made all necessary arrangements for the video telephonic appearance of Mr. Hand via Skype as specified by Court appointed mediator Suzanne Nusbaum.

4.      Finally, Court appointed mediator Suzanne Nusbaum is likewise agreeable to the video telephonic appearance of Mr. Hand.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court permit the video telephonic appearance of Mr. Joseph P. Hand, Jr., President of Joe Hand Promotions, Inc. and the mediation presently set for Monday, September 13, 2010 at 12:30 PM P.S.T.

Respectfully submitted,

Dated: September 7, 2010          */s/ Thomas P. Riley*
                                  **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                  By: Thomas P. Riley
                                  Attorneys for Plaintiff
                                  Joe Hand Promotions, Inc.

Dated: September 7, 2010          */s/ David W. Lively*
                                  **HOPKINS & CARLEY**
                                  By: David W. Lively
                                  Attorneys for Defendant
                                  Toto Wibowo Lukito

# **ORDER** ~~(Proposed)~~

It is hereby ordered that Plaintiff's Authorized Representative, Mr. Joseph P. Hand, Jr. is hereby granted permission to appear video telephonically at the mediation scheduled for Monday, September 13, 2010 at 12:30 PM P.S.T. concerning civil action number 5:10-cv-00209-LHK styled *Joe Hand Promotions, Inc. v. Toto Wibowo Lukito, et al*.

**IT IS SO ORDERED:**

_____     Dated: September 9, 2010
HOWARD R. LLOYD                             _____
United States Magistrate Judge

///
///
///
///
///
///
///
///
///
///
///
///
///

**STIPULATION OF PLAINTIFF JOE HAND PROMOTIONS, INC. AND DEFENDANT**
**TOTO WIBOWO LUKITO FOR THE VIDEO TELEPHONIC APPEARANCE OF PLAINTIFF'S**
**AUTHORIZED REPRESENTATIVE; AND ORDER** ~~(PROPOSED)~~
**CASE NO. 5:10-cv-00209-LHK**