**E-filed 09/13/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No.: 5:10-CV-00209-LHK |
| Plaintiff, | ORDER EXTENDING CASE DEADLINES |
| v. | |
| TOTO WIBOW LUKITO, et al., | |
| Defendant. | |

Plaintiff has filed a request for judicial notice that the parties have settled all claims in this action and that a stipulated dismissal will be filed with the Court "promptly." *See* Dkt. No. 31. A Case Management Conference was previously set for September 15, 2010. In light of Plaintiff's representation, the Court hereby VACATES this date and re-sets the Case Management Conference for Wednesday, October 20, 2010 at 2:00 p.m. The parties shall file a stipulated dismissal and may move to vacate the October 20, 2010 Case Management Conference on or before October 1, 2010.

**IT IS SO ORDERED.**

Dated: September 13, 2010

_____
LUCY H. KOH
United States District Judge

Case No.: 5:10-CV-00209-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER