\*\*E-filed 10/19/2010\*\*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No.: 5:10-CV-00209-LHK |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE |
| v. | |
| TOTO WIBOW LUKITO, et al., | |
| Defendant. | |

The parties have filed a stipulation stating that they have settled all claims. In light of this, the Court dismisses the case with prejudice. The Court retains jurisdiction up to an including November 24, 2012 in the event there is a motion from either party to enforce the settlement agreement. The Court hereby VACATES the Case Management Conference set for Wednesday, October 20, 2010 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: October 19, 2010

_____
LUCY H. KOH
United States District Judge

Case No.: 5:10-CV-00209-LHK
ORDER DISMISSING CASE WITH PREJUDICE